**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Case No. 00-2349 JRT/RLE

Douglas Stielow,

Plaintiff

v.

**STIPULATION AND PROTECTIVE ORDER OF CONFIDENTIALITY**

Big Stone Cooperative,

Defendant.

The parties to the above-captioned cause, by and through counsel of record, hereby stipulate and agree as follows:

1. This Stipulation and any order of the court adopting same shall govern the production, use and disclosure of all documents, records and information produced or disclosed by the parties in connection with the above-referenced matter.

2. For the purposes of this Stipulation/Order, the term "documents" shall be defined in accordance with Rule 34 of the Federal Rules of Civil Procedure.

3. All documents and records produced or exchanged by the parties in connection with this litigation shall be deemed confidential and used only for the limited purpose of preparing and conducting this litigation. Plaintiff's medical records, employment records, academic records, workers' compensation records, unemployment records and income tax records obtained by defendant pursuant to plaintiff's written authorization in connection with this litigation, shall be deemed confidential and subject to the terms of this Stipulation/Order.

4. Information conveyed or discussed in testimony at a deposition, hearing or any court proceeding in this litigation shall be subject to this Stipulation/Order provided it is designated as

FILED JAN 29 2001
FRANCIS E. DOSAL, CLERK

confidential on the record or in writing either at the time the testimony is given or within fifteen days after receipt by the designating party of the portion of the transcript containing the confidential information. Any party shall have the right to exclude from attendance at a deposition, hearing or court proceeding any person who is not entitled to receive such information or documents under the terms of this Stipulation/Order during such time as any confidential information or documents are disclosed or discussed.

5. The parties and their representatives shall not use any documents, records or information produced or disclosed during the course of this litigation: (1) for any competitive purpose or advantage; (2) to cause business detriment to any other party or employee of any party; (3) to harass, embarrass or annoy any party or other person; or (4) for any other purpose not directly related to this litigation.

6. This Stipulation/Order shall be without prejudice to the rights of any party to apply to the court, at any time, for relief from any requirement hereof. After final disposition of the above-captioned matter, the court shall retain jurisdiction over the parties for the purpose of ensuring compliance with this Stipulation/Order and granting such amendments to, and modifications of, this Stipulation/Order and such other and further relief as may be necessary, and any party may apply to the court at any time for an amendment to, or modification of, this Stipulation/Order.

7. The documents, records and information exchanged by the parties during the course of this litigation shall not be disclosed to any third party, except as may be necessary for a legitimate purpose related to preparing and conducting this litigation. No disclosure to any third parties may be made, however, unless such third parties first agree to be bound by the terms of this Stipulation/Order and execute a written acknowledgment identical in form to Exhibit A attached

hereto. The restrictions set out herein shall not apply to any documents or information that are or were: (1) in the possession of any party other than the producing party prior to the commencement of this litigation; (2) currently in the public domain; or (3) required to be disclosed by any law, regulation, order or rule of any governmental authority.

8. At the conclusion of this litigation, all documents and records, including copies thereof, and all outlines, abstracts, summaries, memoranda and compilations, constituting, embodying or disclosing confidential information, exchanged by the parties during the course of this litigation shall be promptly returned to the producing party's counsel of record. Counsel for the parties may retain copies for their files.

Date: January 19, 2001

Bradley M. Jones (#52413)
Kerry L. Middleton (#26622X)
**MEAGHER & GEER, P.L.L.P.**,
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
***Attorneys for Defendant***

Date: Jan. 22, 2001

Brian E. Cote (#218819)
**COTE LAW FIRM, LTD.**
900 Midwest Plaza
800 Marquette Avenue
Minneapolis, MN 55402
***Attorney for Plaintiff***

**PROTECTIVE ORDER**

**IT IS HEREBY ORDERED** that the parties' foregoing Stipulation of Confidentiality filed herewith is hereby adopted as this court's order for the protection of confidential information in the above-captioned cause.

Date: 1/29/01

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

\856941

**Exhibit A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Douglas Stielow,

Plaintiff

v.

Big Stone Cooperative,

Defendant.

Case No. 00-2349 JRT/RLE

**Acknowledgment of Compliance With Confidentiality Order**

---

STATE OF ________________ )
: ss.
COUNTY OF ______________ )

I,____________________, being first duly sworn, state that:

1. My address is: ________________________________________.

2. My present employer is: ____________________________________.

3. My present occupation or job description is: ____________________.

4. I have received a copy of the Stipulation/Order concerning confidentiality in the above-captioned matter dated ____________________.

5. I have carefully read and understood the provisions of said Stipulation/Order.

6. I will comply with all of the provisions of the Stipulation/Order.

7. I will hold in confidence, will not disclose to anyone not designated in the Stipulation/Order, and will use only for purposes of assisting in the resolution of this action, any and all information or documents provided to me in connection with the above-captioned matter. I will

not use any documents or information provided to me in connection with this matter for any purpose not directly related to this matter.

8. I will return all documents and things provided to me in connection with this matter to counsel for the party who disclosed or furnished such documents to me promptly upon the request of counsel for both parties, or, if applicable, upon the request of counsel by whom I have been retained, or upon the conclusion of this litigation.

9. I hereby submit to the jurisdiction of this court for the purpose of enforcement against me the terms of the Stipulation/Order concerning confidentiality and of the terms of this Acknowledgment.

________________________________

Subscribed and sworn to before me
this ______ day of _______________, 2001.

________________________________

Notary Public

\858486

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Office of the Clerk
417 Federal Building
515 West First Street
Duluth, MN 55802

## Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing ***confidential original*** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the <u>Clerk</u>:***

A. Documents are to be <u>sealed</u> (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 *All pleadings, motions, and other papers presented for filing shall be on 8½ x 11 inch white paper . . . flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts).*

B. Each envelope must list the following information, and ***EACH DOCUMENT IS TO BE IN A SEPARATE ENVELOPE***.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on <u>each</u> envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U.S. District Judge or <u>Magistrate Judge</u>:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.