UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Douglas Stielow,

Plaintiff,

vs.

Big Stone Cooperative,

Defendant.

Case No. 00-CV-2349 (JRT/RLE)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal With Prejudice entered into and filed by the parties, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that all claims and causes of action asserted, or that could have been asserted, against defendant Big Stone Cooperative in the above-entitled cause are hereby dismissed with prejudice and on the merits without further cost to any of the parties hereto and said defendant is hereby dismissed from the above-entitled cause.

***LET JUDGMENT BE ENTERED ACCORDINGLY.***

BY THE COURT:

Dated: 4-5-2001

Judge, United States District Court



FILED APR 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 05 2001
DEPUTY CLERK